| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Yvonne Giovanna Stewart | CASE NO.: 6:23-bk-10196-SY |
|---|---|
| | CHAPTER: Chapter 13 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/03/2023         Yvonne Giovanna Stewart         /s/ Yvonne Giovanna Stewart
                         Printed name of Debtor 1        Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____        _____
                         Printed name of Debtor 2        Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                     **F 1002-1.EMP.INCOME.DEC**



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**07/01/2022 to 07/31/2022**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**412 Naylor Ave, Taft, CA 93268, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | **US$ 39.96** |
| **Total Hours** | **53.25** |
| **Total Gross Pay** | **US$ 2127.71** |
| **Total Taxes Deductions** | **US$ 0.00** |
| **Total Net Pay** | **US$ 2127.71** |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**08/01/2022 to 08/31/2022**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**412 Naylor Ave, Taft, CA 93268, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | **US$ 37.60** |
| **Total Hours** | **52.08** |
| **Total Gross Pay** | **US$ 1958.09** |
| **Total Taxes Deductions** | **US$ 0.00** |
| **Total Net Pay** | **US$ 1958.09** |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**09/01/2022 to 09/30/2022**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**412 Naylor Ave, Taft, CA 93268, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | US$ 37.27 |
| **Total Hours** | 18.01 |
| **Total Gross Pay** | US$ 671.29 |
| **Total Taxes Deductions** | US$ 0.00 |
| **Total Net Pay** | US$ 671.29 |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**10/01/2022 to 10/31/2023**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**412 Naylor Ave, Taft, CA 93268, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | US$ 39.77 |
| **Total Hours** | 249.28 |
| **Total Gross Pay** | US$ 9914.15 |
| **Total Taxes Deductions** | US$ 0.00 |
| **Total Net Pay** | US$ 9914.15 |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**11/01/2022 to 11/30/2022**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**412 Naylor Ave, Taft, CA 93268, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | **US$ 38.19** |
| **Total Hours** | **62.00** |
| **Total Gross Pay** | **US$ 2367.66** |
| **Total Taxes Deductions** | **US$ 0.00** |
| **Total Net Pay** | **US$ 2367.66** |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**12/01/2022 to 12/31/2022**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**412 Naylor Ave, Taft, CA 93268, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | **US$ 38.61** |
| **Total Hours** | **98.44** |
| **Total Gross Pay** | **US$ 3801.18** |
| **Total Taxes Deductions** | **US$ 0.00** |
| **Total Net Pay** | **US$ 3801.18** |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*



# INDEPENDENT CONTRACTOR EARNINGS STATEMENT

DATE ISSUED:
**02/01/2023**
EARNING PERIOD:
**01/01/2023 to 02/01/2023**

ISSUER NAME**:**
**TWOMAGNETS INC. D.B.A. CLIPBOARD HEALTH**
ISSUER ADDRESS:
**340 S LEMON AVE #5028**
**Walnut, CA 91789**
ISSUER PHONE:
**+1 (415) 508 8339**

VENDOR NAME**:**
**Yvonne Stewart**
VENDOR ADDRESS**:**
**9061 Evonvale Dr, Corona, CA 92883, USA**

| EARNINGS SUMMARY | |
|---|---|
| **Services Provided** | **1099 Hourly Payment** |
| **Average Rate** | **US$ 45.21** |
| **Total Hours** | **53.85** |
| **Total Gross Pay** | **US$ 2434.66** |
| **Total Taxes Deductions** | **US$ 0.00** |
| **Total Net Pay** | **US$ 2434.66** |

*Vendor is exclusively responsible for all Social Security, self-employment, and income taxes, disability insurance, workers' compensation insurance, any other statutory benefits otherwise required to be provided to employees, and all fees and licenses, if any*

## CERIDIAN

| | | |
|---|---|---|
| **Employer Name:** | Health Net of California Inc | |
| **Employer Phone:** | 1-833-462-7547 | |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | |
| **Employee Name:** | Yvonne G Stewart | |
| **Employee #:** | 246692 | |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | |
| **Pay Group:** | Health Net of California, Inc. | |
| **Pay Type:** | Hourly | |
| **Pay Date:** | 1/6/2023 | |
| **Pay Period:** | 12/18/2022 - 12/31/2022 | |
| **Deposit Advice #:** | 567499955 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 20.9100 | |
| **Federal Filing Status:** | Single | |
| **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **State Filing Status:** | Single; Alt Code 01 (CA) | |
| **State Exemptions:** | 3 (CA) | |

| | Current 12/18/2022 - 12/31/2022 | | | YTD As of 12/31/2022 | |
|---|---:|---:|---:|---:|---:|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 253.15 | | $2,531.07 | 253.15 | $2,531.07 |
| REGULAR | 68.38 | 20.9100 | $1,429.90 | 68.38 | $1,429.90 |
| HOLIDAY | 24.00 | 20.9100 | $501.84 | 24.00 | $501.84 |
| HOLIDAY WORKED | 8.00 | 33.5937 | $268.75 | 8.00 | $268.75 |
| LANGPREM | 76.38 | 1.6728 | $127.77 | 76.38 | $127.77 |
| SHFT2WD NE | 4.00 | 1.6728 | $6.69 | 4.00 | $6.69 |
| SHFT2WD OT | 1.00 | 2.5092 | $2.51 | 1.00 | $2.51 |
| SHFT3WD NE | 39.37 | 2.0910 | $82.32 | 39.37 | $82.32 |
| SHFT3WD OT | 2.00 | 3.1365 | $6.27 | 2.00 | $6.27 |
| SHFT2WE NE | 3.00 | 2.0910 | $6.27 | 3.00 | $6.27 |
| SHFT3WE NE | 22.02 | 3.3456 | $73.66 | 22.02 | $73.66 |
| SHFT3WE OT | 5.00 | 5.0184 | $25.09 | 5.00 | $25.09 |
| **Memo Information** | | | $75.93 | | $75.93 |
| 401K MATCH | | | $75.93 | | $75.93 |
| **Pre-Tax Deductions** | | | $419.22 | | $419.22 |
| 401K % | | | $253.11 | | $253.11 |
| Health (Pre-Tax) | | | $148.73 | | $148.73 |
| Vision (Pre-Tax) | | | $3.35 | | $3.35 |
| Dental (Pre-Tax) | | | $10.19 | | $10.19 |
| Med Spending | | | $3.84 | | $3.84 |
| **Taxes** | | | $435.10 | | $435.10 |
| Fed W/H | | | $181.00 | | $181.00 |
| FICA EE | | | $146.63 | | $146.63 |
| Fed MWT EE | | | $34.29 | | $34.29 |
| CA W/H | | | $51.90 | | $51.90 |
| CA DT EE | | | $21.28 | | $21.28 |
| **Post-Tax Deductions** | | | $86.45 | | $86.45 |
| AD&D | | | $2.17 | | $2.17 |
| Additional Life | | | $33.97 | | $33.97 |
| United Way | | | $25.00 | | $25.00 |
| ESPP% | | | $25.31 | | $25.31 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,590.30 | | $1,590.30 |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,390.30 | | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $2,531.07 | 401K/403B Match Eligible Earnings YTD | $2,531.07 |
| Total Hours Worked | 76.38 | | |

| **Accruals & Balances** | |
|---|---:|
| PTO Balance: | 46.78 Hours |
| Float Balance: | 0.00 Days |
| Sick Balance: | 0.00 Hours |



Page 1 of 1

# CERIDIAN

| | | | | | |
|---|---|---|---|---|---|
| **Employer Name:** | Health Net of California Inc | **Employee Name:** | Mionne G Siegfert | **Pay Date:** | 11/25/2022 |
| **Employer Phone:** | 1-833-462-7547 | **Employee #:** | 246692 | **Pay Period:** | 11/6/2022 - 11/19/2022 |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** | 551740959 |
| | | **Pay Group:** | Health Net of California, Inc. | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Type:** | Hourly | **Pay Rate:** | 20.9100 |
| | | | | **Federal Filing Status:** | Single |
| | | | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | | | **State Exemptions:** | 3 (CA) |

| | Current 11/6/2022 - 11/19/2022 | | | YTD As of 11/19/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 220.76 | | **$1,940.27** | 4,914.60 | **$47,803.03** |
| OVERTIME | | | | 16.80 | $530.66 |
| REGULAR | 70.92 | 20.9100 | $1,482.87 | 1,502.90 | $30,003.03 |
| ANNUAL BONUS CA | | | | | $3,107.70 |
| PTO | 8.00 | 20.9100 | $167.28 | 139.00 | $2,761.78 |
| DOUBLETIME | | | | 1.62 | $70.96 |
| HOLIDAY | | | | 72.00 | $1,414.75 |
| HOLIDAY WORKED | | | | 43.78 | $1,375.01 |
| KEY CONTRIBUT | | | | | $1,000.00 |
| LANGPREM | 70.92 | 1.6728 | $118.63 | 1,546.70 | $2,469.30 |
| LANGPREM DT | | | | 1.62 | $5.15 |
| LANGPREM OT | | | | 16.80 | $39.97 |
| MEAL PRD PREM | | | | 17.00 | $397.94 |
| SICK | | | | 56.00 | $1,093.85 |
| SHFT2WD NE | 6.00 | 1.6728 | $10.04 | 167.73 | $265.44 |
| SHFT2WD OT | | | | 23.51 | $55.32 |
| SHFT3WD DT | | | | 1.62 | $6.44 |
| SHFT3WD NE | 41.50 | 2.0910 | $86.77 | 743.38 | $1,489.23 |
| SHFT3WD OT | | | | 13.61 | $40.43 |
| SHFT2WE NE | 2.92 | 2.0910 | $6.10 | 74.77 | $147.85 |
| SHFT2WE OT | | | | 0.08 | $0.25 |
| SHFT3WE NE | 20.50 | 3.3456 | $68.58 | 445.40 | $1,426.01 |
| SHFT3WE OT | | | | 17.00 | $81.23 |
| SHFT1WE NE | | | | 13.28 | $20.73 |
| **Memo Information** | | | **$58.21** | | **$1,340.85** |
| 401K MATCH | | | $58.21 | | $1,340.85 |
| **Pre-Tax Deductions** | | | **$341.43** | | **$9,621.81** |
| 401K % | | | $194.03 | | $6,084.21 |
| Health (Pre-Tax) | | | $132.84 | | $3,188.16 |
| Vision (Pre-Tax) | | | $3.35 | | $80.40 |
| Dental (Pre-Tax) | | | $7.37 | | $176.88 |
| Med Spending | | | $3.84 | | $92.16 |
| **Taxes** | | | **$305.81** | | **$8,365.31** |
| Fed W/H | | | $124.15 | | $3,957.90 |
| FICA EE | | | $111.16 | | $2,744.46 |
| Fed MWT EE | | | $26.00 | | $641.85 |
| CA W/H | | | $24.78 | | $534.17 |
| CA DT EE | | | $19.72 | | $486.93 |
| **Post-Tax Deductions** | | | **$75.02** | | **$4,707.25** |
| AD&D | | | $2.03 | | $48.72 |
| Additional Life | | | $19.60 | | $470.40 |
| United Way | | | | | $10.00 |
| 401K Loan | | | | | $2,948.48 |
| Loan 2 | | | $33.99 | | $815.76 |
| ESPP% | | | $19.40 | | $413.89 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,218.01** | | **$25,108.66** |

**Accruals & Balances**



Page 1 of 2

# CERIDIAN

| | |  | | |
|---|---|---|---|---|
| **Employer Name:** | Health Net of California Inc | **Employee Name:** Yvonne G Siegert | **Pay Date:** | 12/9/2022 |
| | | **Employee #:** 246692 | **Pay Period:** | 11/20/2022 - 12/3/2022 |
| **Employer Phone:** | 1-833-462-7547 | **Employee Address:** 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** | 556974571 |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | **Pay Group:** Health Net of California, Inc. | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Type:** Hourly | **Pay Rate:** | 20.9100 |
| | | | **Federal Filing Status:** | Single |
| | | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | | **State Exemptions:** | 3 (CA) |

| | Current 11/20/2022 - 12/3/2022 | | | YTD As of 12/3/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 166.31 | | $1,953.04 | 5,080.91 | $49,756.07 |
| OVERTIME | | | | 16.80 | $530.66 |
| REGULAR | 37.10 | 20.9100 | $775.76 | 1,540.00 | $30,778.79 |
| ANNUAL BONUS CA | | | | | $3,107.70 |
| PTO | 24.00 | 20.9100 | $501.84 | 163.00 | $3,263.62 |
| DOUBLETIME | | | | 1.62 | $70.96 |
| HOLIDAY | 16.00 | 20.9100 | $334.56 | 88.00 | $1,749.31 |
| HOLIDAY WORKED | 5.00 | 33.4567 | $167.28 | 48.78 | $1,542.29 |
| KEY CONTRIBUT | | | | | $1,000.00 |
| LANGPREM | 42.11 | 1.6728 | $70.44 | 1,588.81 | $2,539.74 |
| LANGPREM DT | | | | 1.62 | $5.15 |
| LANGPREM OT | | | | 16.80 | $39.97 |
| MEAL PRD PREM | | | | 17.00 | $397.94 |
| SICK | | | | 56.00 | $1,093.85 |
| SHFT2WD NE | 3.15 | 1.6728 | $5.27 | 170.88 | $270.71 |
| SHFT2WD OT | | | | 23.51 | $55.32 |
| SHFT3WD DT | | | | 1.62 | $6.44 |
| SHFT3WD NE | 23.00 | 2.0910 | $48.09 | 766.38 | $1,537.32 |
| SHFT3WD OT | 5.00 | 3.1365 | $15.68 | 18.61 | $56.11 |
| SHFT2WE NE | 2.00 | 2.0910 | $4.18 | 76.77 | $152.03 |
| SHFT2WE OT | | | | 0.08 | $0.25 |
| SHFT3WE NE | 8.95 | 3.3456 | $29.94 | 454.35 | $1,455.95 |
| SHFT3WE OT | | | | 17.00 | $81.23 |
| SHFT1WE NE | | | | 13.28 | $20.73 |
| **Taxable Benefits** | | | $35.00 | | $35.00 |
| GIFT CERT - E | | | $35.00 | | $35.00 |
| **Memo Information** | | | $58.59 | | $1,399.44 |
| 401K MATCH | | | $58.59 | | $1,399.44 |
| **Pre-Tax Deductions** | | | $342.70 | | $9,964.51 |
| 401K % | | | $195.30 | | $6,279.51 |
| Health (Pre-Tax) | | | $132.84 | | $3,321.00 |
| Vision (Pre-Tax) | | | $3.35 | | $83.75 |
| Dental (Pre-Tax) | | | $7.37 | | $184.25 |
| Med Spending | | | $3.84 | | $96.00 |
| **Taxes** | | | $321.52 | | $8,686.83 |
| Fed W/H | | | $132.62 | | $4,090.52 |
| FICA EE | | | $114.12 | | $2,858.58 |
| Fed MWT EE | | | $26.69 | | $668.54 |
| CA W/H | | | $27.85 | | $562.02 |
| CA DT EE | | | $20.24 | | $507.17 |
| **Post-Tax Deductions** | | | $75.15 | | $4,782.40 |
| AD&D | | | $2.03 | | $50.75 |
| Additional Life | | | $19.60 | | $490.00 |
| United Way | | | | | $10.00 |
| 401K Loan | | | | | $2,948.48 |
| Loan 2 | | | $33.99 | | $849.75 |
| ESPP% | | | $19.53 | | $433.42 |

**Accruals & Balances**



Page 1 of 2

# CERIDIAN

| | | | | |
|---|---|---|---|---|
| **Employer Name:** | Health Net of California Inc | **Employee Name:** | Yvonne G Stewart | **Pay Date:** | 12/9/2022 |
| | | **Employee #:** | 246692 | **Pay Period:** | 11/20/2022 - 12/3/2022 |
| | | **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** | 556974571 |
| **Employer Phone:** | 1-833-462-7547 | **Pay Group:** | Health Net of California, Inc. | **Pay Frequency:** | Bi-Weekly |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | **Pay Type:** | Hourly | **Pay Rate:** | 20.9100 |
| | | | | **Federal Filing Status:** | Single |
| | | | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | | | **State Exemptions:** | 3 (CA) |

| | **Routing #** | **Account #** | **Amount** | **Amount** |
|---|---|---|---|---|
| **Net Pay** | | | **$1,213.67** | **$26,322.33** |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,013.67 | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $1,953.04 | 401K/403B Match Eligible Earnings YTD | $49,756.07 |
| Total Hours Worked | 42.10 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| PTO Balance: | 41.24 Hours | PTO Accrued: | 5.54 Hours | PTO Taken: | 24.00 Hours |
| Float Balance: | 0.00 Days | | | | |
| Sick Balance: | 0.00 Hours | | | | |

# CERIDIAN

# CERIDIAN

| | | |
|---|---|---|
| **Employer Name:** | Health Net of California Inc | |
| **Employer Phone:** | 1-833-462-7547 | |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | |

| | | | | |
|---|---|---|---|---|
| **Employee Name:** | Yvonne G Siebert | **Pay Date:** | 12/23/2022 |
| **Employee #:** | 246692 | **Pay Period:** | 12/4/2022 - 12/17/2022 |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** | 562389644 |
| **Pay Group:** | Health Net of California, Inc. | **Pay Frequency:** | Bi-Weekly |
| **Pay Type:** | Hourly | **Pay Rate:** | 20.9100 |
| | | **Federal Filing Status:** | Single |
| | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | **State Exemptions:** | 3 (CA) |

| | Current 12/4/2022 - 12/17/2022 | | | YTD As of 12/17/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 232.50 | | $1,942.96 | 5,313.41 | $51,699.03 |
| OVERTIME | | | | 16.80 | $530.66 |
| REGULAR | 77.50 | 20.9100 | $1,620.53 | 1,617.50 | $32,399.32 |
| ANNUAL BONUS CA | | | | | $3,107.70 |
| PTO | | | | 163.00 | $3,263.62 |
| DOUBLETIME | | | | 1.62 | $70.96 |
| HOLIDAY | | | | 88.00 | $1,749.31 |
| HOLIDAY WORKED | | | | 48.78 | $1,542.29 |
| KEY CONTRIBUT | | | | | $1,000.00 |
| LANGPREM | 77.50 | 1.6728 | $129.64 | 1,666.31 | $2,669.38 |
| LANGPREM DT | | | | 1.62 | $5.15 |
| LANGPREM OT | | | | 16.80 | $39.97 |
| MEAL PRD PREM | | | | 17.00 | $397.94 |
| SICK | | | | 56.00 | $1,093.85 |
| SHFT2WD NE | 6.00 | 1.6728 | $10.04 | 176.88 | $280.75 |
| SHFT2WD OT | | | | 23.51 | $55.32 |
| SHFT3WD DT | | | | 1.62 | $6.44 |
| SHFT3WD NE | 42.00 | 2.0910 | $87.82 | 808.38 | $1,625.14 |
| SHFT3WD OT | | | | 18.61 | $56.11 |
| SHFT2WE NE | 3.00 | 2.0910 | $6.27 | 79.77 | $158.30 |
| SHFT2WE OT | | | | 0.08 | $0.25 |
| SHFT3WE NE | 26.50 | 3.3456 | $88.66 | 480.85 | $1,544.61 |
| SHFT3WE OT | | | | 17.00 | $81.23 |
| SHFT1WE NE | | | | 13.28 | $20.73 |
| **Taxable Benefits** | | | | | $35.00 |
| GIFT CERT - E | | | | | $35.00 |
| **Memo Information** | | | $58.29 | | $1,457.73 |
| 401K MATCH | | | $58.29 | | $1,457.73 |
| **Pre-Tax Deductions** | | | $341.70 | | $10,306.21 |
| 401K % | | | $194.30 | | $6,473.81 |
| Health (Pre-Tax) | | | $132.84 | | $3,453.84 |
| Vision (Pre-Tax) | | | $3.35 | | $87.10 |
| Dental (Pre-Tax) | | | $7.37 | | $191.62 |
| Med Spending | | | $3.84 | | $99.84 |
| **Taxes** | | | $306.49 | | $8,993.32 |
| Fed W/H | | | $124.44 | | $4,214.96 |
| FICA EE | | | $111.32 | | $2,969.90 |
| Fed MWT EE | | | $26.03 | | $694.57 |
| CA W/H | | | $24.94 | | $586.96 |
| CA DT EE | | | $19.76 | | $526.93 |
| **Post-Tax Deductions** | | | $72.78 | | $4,855.18 |
| AD&D | | | $2.03 | | $52.78 |
| Additional Life | | | $19.60 | | $509.60 |
| United Way | | | | | $10.00 |
| 401K Loan | | | | | $2,948.48 |
| Loan 2 | | | $31.72 | | $881.47 |
| ESPP% | | | $19.43 | | $452.85 |

| **Accruals & Balances** |
|---|



Page 1 of 2

# CERIDIAN

| | | | |
|---|---|---|---|
| **Employer Name:** | Health Net of California Inc | **Pay Date:** | 11/25/2022 |
| | | **Pay Period:** | 11/6/2022 - 11/19/2022 |
| **Employer Phone:** | 1-833-462-7547 | **Deposit Advice #:** | 551740959 |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | **Pay Frequency:** | Bi-Weekly |
| **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | **Pay Rate:** | 20.9100 |
| **Pay Group:** | Health Net of California, Inc. | **Federal Filing Status:** | Single |
| **Pay Type:** | Hourly | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | **State Exemptions:** | 3 (CA) |

| | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,018.01 | |

**Other Payroll Information**

| | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $1,940.27 | 401K/403B Match Eligible Earnings YTD | $47,803.03 |
| Total Hours Worked | 70.92 | | |

**Accruals & Balances**

| | | | | | |
|---|---|---|---|---|---|
| PTO Balance: | 59.70 Hours | PTO Accrued: | 5.54 Hours | PTO Taken: | 8.00 Hours |
| Float Balance: | 0.00 Days | | | | |
| Sick Balance: | 0.00 Hours | | | | |

Page 2 of 2

**CERIDIAN**

| | | | | | |
|---|---|---|---|---|---|
| **Employer Name:** | Health Net of California Inc | **Employee Name:** | Yvonne G Stewart | **Pay Date:** | 12/23/2022 |
| | | **Employee #:** | 246692 | **Pay Period:** | 12/4/2022 - 12/17/2022 |
| | | **Employee Address:** | 412 Naylor Ave Taft, CA 93268 | **Deposit Advice #:** | 562389644 |
| **Employer Phone:** | 1-833-462-7547 | **Pay Group:** | Health Net of California, Inc. | **Pay Frequency:** | Bi-Weekly |
| **Employer Address:** | 7700 Forsyth Blvd St. Louis, MO 63105 | **Pay Type:** | Hourly | **Pay Rate:** | 20.9100 |
| | | | | **Federal Filing Status:** | Single |
| | | | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | | **State Filing Status:** | Single; Alt Code 01 (CA) |
| | | | | **State Exemptions:** | 3 (CA) |

| | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| **Net Pay** | | | **$1,221.99** | **$27,544.32** |
| Direct Deposit | 322271724 | XXXXXXX0885 | $200.00 | |
| Direct Deposit | 322271627 | XXXXX9227 | $1,021.99 | |

| **Other Payroll Information** | | | |
|---|---|---|---|
| 401K/403B Match Eligible Earnings | $1,942.96 | 401K/403B Match Eligible Earnings YTD | $51,699.03 |
| Total Hours Worked | 77.50 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| PTO Balance: | 46.78 Hours | PTO Accrued: | 5.54 Hours |
| Float Balance: | 0.00 Days | | |
| Sick Balance: | 0.00 Hours | | |

**CERIDIAN**

Page 2 of 2

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|---|---|---|---|---|
| L06 | 101297 | 100400 | | 0000099711 |

FACILITIES PAYROLL SERVICES
CALIFORNIA HEALTHCARE & REHAB, 4032
WILSHIRE BL 6TH FL
LOS ANGELES, CA 90010

# Earnings Statement

099711

Period Beginning: 12/01/2022
Period Ending: 12/15/2022
Pay Date: 12/20/2022

Filing Status: Single or Married Filing Separately

YVONNE G STEWART
412 NAYLOR AVE
TAFT, CA 93268

Social Security Number: XXX-XX-9596

**Important Notes**

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | 32.0000 | 66.20 | 2,118.40 |
| Overtime | 48.0000 | 19.73 | 947.04 |
| Double Time | 64.0000 | 0.78 | 49.92 |
| Missed Meal | 32.0000 | 5.00 | 160.00 |
| Vacation Paid | 32.0000 | 28.93 | 925.76 |
| **Gross Pay** | | | $ 4,201.12 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | 279.46 - |
| | Social Security Tax | 257.62 - |
| | Medicare Tax | 60.25 - |
| | CA State Disability Ins | 45.70 - |
| | CA State Income Tax | 255.36 - |
| | **Other** | |
| | Assurant LT Dis | 46.06 - |
| **Net Pay** | | $ 3,256.67 |
| **Net Check** | | $ 3,256.67 |

Other Benefits and
Information          This Period



# Earnings Statement

**ADP**

L06 101297 100400 0000490016 1
SEQ 000927

NORMANDIE WILSHIRE RETIREMENT HOTEL INC
DBA CALIFORNIA HEALTHCARE AND REHAB CENTER
4032 WILSHIRE BL 6TH FL
LOS ANGELES, CA 90010

Period Beginning: 11/16/2022
Period Ending: 11/30/2022
Pay Date: 12/09/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

YVONNE G STEWART
412 NAYLOR AVE
TAFT CA 93268

Social Security Number: XXX-XX-9596

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 53.77 | 1,720.64 | 48,462.43 |
| Overtime | 48.0000 | 11.50 | 552.00 | 18,843.36 |
| Double Time | 64.0000 | 3.90 | 249.60 | 5,178.90 |
| Holiday Pay | 32.0000 | 8.00 | 256.00 | 1,024.00 |
| Sick Payout | | | | 1,536.00 |
| Testing | | | | 189.00 |
| **Gross Pay** | | | **$2,778.24** | 78,841.69 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -170.82 | 4,856.77 |
| | Medicare Tax | -39.95 | 1,135.86 |
| | CA State Income Tax | -63.61 | 2,937.31 |
| | CA SDI Tax | -30.31 | 861.69 |
| | Federal Income Tax | | 1,681.37 |
| | **Other** | | |
| | Assurant Lt Dis | -23.03* | 506.66 |
| | 401K Savings | -555.65* | 14,312.69 |
| **Net Pay** | | **$1,894.87** | |
| Checking 1 | | -1,894.87 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sic Pay Bal | 48.00 | |
| Totl Hrs Worked | 69.17 | |
| Sick Available | | 48.00 |

**Important Notes**
IF NO CA Spsl Used IS LISTED YOU HAVE USED ZERO HRS

**Additional Tax Withholding Information**
Taxable Marital Status:
 CA: Single
Exemptions/Allowances:
 CA: 2

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,199.56

©1998, 2006, ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID — THIS IS NOT A CHECK — VOID

NORMANDIE WILSHIRE RETIREMENT HOTEL INC
DBA CALIFORNIA HEALTHCARE AND REHAB CENTER
4032 WILSHIRE BL 6TH FL
LOS ANGELES, CA 90010

Advice number: 00000490016
Pay date: 12/09/2022

Deposited to the account of
YVONNE G STEWART

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9227 | xxxx xxxx | $1,894.87 |

**NON-NEGOTIABLE**

**PERSONAL AND CHECK INFORMATION**
Yvonne Stewart
412 Noylor Avenue
Taft, CA 93260
Soc Sec #: xxx-xx-9596    Employee ID: 619

**Home Department:** 200 Hourly

**Pay Period:** 12/18/22 to 12/31/22
**Check Date:** 01/06/23    **Check #:** 12869
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1744.07 | 1744.07 |
| **NET PAY** | **1744.07** | **1744.07** |

**EARNINGS**

| BASIS OF | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 58.0000 | 37.0000 | 2146.00 | 58.0000 | 2146.00 |
| | Total Hours | 58.0000 | | | 58.0000 | |
| | Gross Earnings | | | 2146.00 | | 2146.00 |
| | Total Hrs Worked | 58.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 133.05 | 133.05 |
| Medicare | | 31.12 | 31.12 |
| Fed Income Tax | M 1 | 152.44 | 152.44 |
| CA Income Tax | SMI2 1 0 | 66.01 | 66.01 |
| CA Disability | | 19.31 | 19.31 |
| **TOTAL** | | **401.93** | **401.93** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1744.07 | 1744.07 |

*Payrolls by Paychex, Inc.*

**0942 1606-7289**    Conejo Valley Congregate Healthcare Inc • 1225 Lawrence Way • Oxnard CA 93035 • (818) 880-8600