NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

**FEB 08 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

YVONNE GIOVANNA STEWART,

    Debtor.

Case No.:  6:23-bk-10196-SY

Chapter 13

**ORDER ON MOTION FOR ORDER EXTENDING DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**

    On February 7, 2023, the debtor filed an Ex Parte Motion for Order Extending Deadline to File Case Commencement Documents ("Motion") [Docket no. 27]. Having reviewed the Motion, and no good cause appearing,

    IT IS ORDERED that the Motion is denied.

###

Date: February 8, 2023

_____
Scott H. Yun
United States Bankruptcy Judge