United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10196-SY |
| Yvonne Giovanna Stewart | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 07, 2023 | Form ID: odspb | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Yvonne Giovanna Stewart, 412 Naylor Ave, Taft, CA 93268-4223 |
| 41404505 | + | BAKERSFIELD HOMES, LLC, 1303 CALAVERAS PARK DRIVE, BAKERSFIELD, CA 93311-5114 |
| 41404509 | + | ELITE COMMUNITY MANAGMENT, 38760 Sky Canyon Dr Ste C, Murrieta, CA 92563-2562 |
| 41404510 | + | ESCROW SERVICES, INC, Po Box 1512, Mandeville, LA 70470-1512 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Feb 08 2023 05:39:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 08 2023 05:39:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41404506 | | Email/Text: BNCnotices@bdfgroup.com | Feb 08 2023 00:41:00 | Barrett Daffin Frappier Treder, 4004 Belt Line Rd Ste 100, Addison, TX 75001 |
| 41404507 | + | EDI: CAPITALONE.COM | Feb 08 2023 05:39:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 41417648 | | EDI: CAPITALONE.COM | Feb 08 2023 05:39:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41404508 | + | Email/Text: EBN@edfinancial.com | Feb 08 2023 00:41:00 | EDFINANCIAL SERVICES, 120 N SEVEN OAKS DR, KNOXVILLE, TN 37922-2359 |
| 41404511 | | Email/Text: ECF@fayservicing.com | Feb 08 2023 00:41:00 | FAY SERVICING, Po Box 814609, Dallas, TX 75381 |
| 41404512 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 00:41:00 | MIDLAND CREDIT MANAGMENT, PO Box 2037, Warren, MI 48090-2037 |
| 41404513 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2023 00:41:00 | SHELLPOINT MORTGAGE, 75 BEATTIE PL STE 300, GREENVILLE, SC 29601-2138 |
| 41418514 | + | Email/Text: EBN@edfinancial.com | Feb 08 2023 00:41:00 | U.S. Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 07, 2023 | Form ID: odspb | Total Noticed: 14 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Yvonne Giovanna Stewart bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

Form odspb−odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Yvonne Giovanna Stewart

**BANKRUPTCY NO.**  6:23−bk−10196−SY

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−9596
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 2/7/23

**Address:**
412 Naylor Ave
Taft, CA 93268−4223

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: February 7, 2023

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb−odspab/autodismi Rev. 06/2017

**26 / AUTU**