# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, February 15, 2023**      Hearing Room    302

9:30 AM
6:23-10196    Yvonne Giovanna Stewart      Chapter 13

Telephonic Hearing

#8.00    Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

ST

Case dismissed 2/7/23 for failure to file information

✓ Darlene C Vigil to appear by telephone (626)371-7026 *Wilmington Trust*

Docket    15

**Matter Notes:**

GRANTED: _____  DENIED: ✓ _____

*as moot*

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: *debtor's counsel*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Yvonne Giovanna Stewart      Represented By
     Benjamin Heston