**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 6:23-bk-10196-SY |
| YVONNE GIOVANNA STEWART | DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT (DISMISSED CASE) |
| Debtor(s). | |

On <u>02/09/2023</u>, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>3/13/2023</u> at Riverside, California.

Dated: <u>3/13/2023</u>                              _____
                                                                  Rod Danielson, Chapter 13 Trustee

FG:049 - TH       - 03/13/2023